```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/19/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA RANGEL,

        Plaintiff,

– against –

18 GREENWICH AVENUE, LLC d/b/a ROSEMARY'S, and CARLOS SUAREZ,

        Defendants.

ECF Case

1:20-cv-08785 (AT)

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 18 Greenwich Avenue, LLC d/b/a Rosemary's, and Carlos Suarez (collectively, "Defendants"), having offered to allow Plaintiff Maria Rangel ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 17, 2021 and filed as Exhibit "A" to Docket No. 21;

**WHEREAS**, on February 17, 2021, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket No. 21);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of twelve thousand five hundred dollars ($12,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 17, 2021 and filed as Exhibit A to Docket No. 21, and the clerk is directed to close the case.

Dated: February 19, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge